**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BETTY PASQUARELI,<br><br>              Plaintiff,<br><br>        v.<br><br>NOVARTIS PHARMACEUTICALS<br>CORPORATION,<br>              Defendant. | Civil Action No.:  1:08-cv-02337<br><br>**DEFENDANT'S DISCLOSURE<br>STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel for Defendant,

Novartis Pharmaceuticals Corporation ("NPC"), hereby discloses and certifies that, to the best of

my knowledge and belief, the following is a complete list of NPC's parent corporations and

publicly held companies that own 10% or more of NPC's stock:

    1.      Parent Companies:

        (a) Novartis Finance Corporation, a New York corporation;

        (b) Novartis Corporation, a New York corporation;

        (c) Novartis Holding, AG, a Swiss company; and

        (d) Novartis AG, a Swiss company, whose American Depository Shares are

        publicly traded on the New York Stock Exchange.

    2.      Publicly held companies owning more than 10% of NPC stock:

        (a) Novartis AG indirectly owns a 100% interest in NPC.

Dated:  March 31, 2008                    Respectfully submitted,


                                          s/ Ethan D. Stein
                                          Ethan D. Stein (ES-7130)
                                          EStein@gibbonslaw.com
                                          Diane E. Lifton (DL-9673)
                                          GIBBONS P.C.
                                          A Professional Corporation
                                          One Pennsylvania Plaza, 37th Floor
                                          New York, NY 10119-3701
                                          Phone: 212-613-2000
                                          Fax: 212-333-5980
                                          *Counsel for Defendant Novartis*
                                          *Pharmaceuticals Corporation*

                                          *Of counsel:*
                                          Joe G. Hollingsworth
                                          Katharine R. Latimer
                                          Robert E. Johnston
                                          SPRIGGS & HOLLINGSWORTH
                                          1350 I Street, NW, Ninth Floor
                                          Washington, D.C.  20005
                                          Phone:  (202) 898-5800
                                          Fax:  (202) 682-1639

17

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2008, the Defendant's Disclosure Statement was filed with the Clerk of the Court and served in accordance with the Southern District's Rules on Electronic Service upon the following parties and participants:

> Daniel A. Osborn, Esq.
> Russel H. Beatie, Esq.
> Philip J. Miller, Esq.
> Beatie and Osborn LLP
> 521 Fifth Avenue, 34th Floor
> New York, NY 10175

I further certify that on March 31, 2008, I served a true and correct copy of the foregoing Defendant's Disclosure Statement by United States Mail, postage prepaid, on:

The Powell Law Firm, L.C.
269 South Beverly Drive
Suite 1156
Beverly Hills, CA 90212

The Offices of Jeffrey C. Bogert
501 Colorado Boulevard
Suite 208
Santa Monica, CA 90401

s/ Ethan D. Stein
Ethan D. Stein

18