Inasmuch as no objection is pending at this time, the stay is lifted.

APR - 8 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT FILED
APR 11 2008
S.D. OF N.Y.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 21 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AREDIA AND ZOMETA PRODUCTS
LIABILITY LITIGATION

MDL No. 1760

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

APR 10 2008

BY_____
DEPUTY CLERK

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-63)

On April 18, 2006, the Panel transferred 27 civil actions to the United States District Court for the Middle District of Tennessee for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 429 F.Supp.2d 1371 (J.P.M.L. 2006). Since that time, 317 additional actions have been transferred to the Middle District of Tennessee. With the consent of that court, all such actions have been assigned to the Honorable Todd J. Campbell.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Tennessee and assigned to Judge Campbell.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Tennessee for the reasons stated in the order of April 18, 2006, and, with the consent of that court, assigned to the Honorable Todd J. Campbell.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Tennessee. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

APR - 8 2008

ATTEST_____
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee

By:_____
Deputy Clerk

IN RE: AREDIA AND ZOMETA PRODUCTS
LIABILITY LITIGATION

MDL No. 1760

## SCHEDULE CTO-63 - TAG-ALONG ACTIONS

<u>DIST. DIV. C.A. #</u>        <u>CASE CAPTION</u>

MISSISSIPPI NORTHERN
  MSN  3  08-29              David Smith, etc. v. Novartis Pharmaceuticals Corp.   MDTN No. 3:08-cv-0357

NEW YORK SOUTHERN
  NYS  1  08-2337           Betty Pasquarelli v. Novartis Pharmaceuticals Corp.   MDTN No. 3:08-cv-0358
  NYS  1  08-2338           Marilyn Darch v. Novartis Pharmaceuticals Corp.       MDTN No. 3:08-cv-0359
  NYS  1  08-2339           Leota L. Balch v. Novartis Pharmaceuticals Corp.      MDTN No. 3:08-cv-0360
  NYS  1  08-2340           Donald Thul, Jr. v. Novartis Pharmaceuticals Corp.    MDTN No. 3:08-cv-0361
  NYS  1  08-2341           Gail Stern v. Novartis Pharmaceuticals Corp.          MDTN No. 3:08-cv-0362
  NYS  1  08-2342           William Schamber v. Novartis Pharmaceuticals Corp.    MDTN No. 3:08-cv-0363
  NYS  1  08-2343           Robert Morgan v. Novartis Pharmaceuticals Corp.       MDTN No. 3:08-cv-0364
  NYS  1  08-2344           Dawn Doerr, etc. v. Novartis Pharmaceuticals Corp.    MDTN No. 3:08-cv-0365